### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### PINE BLUFF DIVISION

SYLVIA MEADE                                                      PLAINTIFF

vs.                          NO. 5:12CV00315  SWW

CITY OF DERMOTT, ET AL                                DEFENDANTS

### **ORDER**

The Court has determined that the trial in the above-styled matter previously scheduled for February 10, 2014 should be continued in order to resolve the pending motion for summary judgment filed by the defendants.

IT IS THEREFORE ORDERED that the trial before a jury shall commence ***MONDAY, MAY 19, 2014 AT 9:30 A.M. in Pine Bluff, Arkansas***.  All deadlines remain as previously scheduled and consistent with the new trial date unless extended by the Court.

DATED this 27th day of January,  2014.

                                                                     /s/Susan Webber Wright
                                                                     UNITED STATES DISTRICT JUDGE