IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVIA MEADE                                                                PLAINTIFF

VS.                      CASE NO. 5:12-cv-00315SWW

CITY OF DERMOTT, ARKANSAS, et al.                      DEFENDANTS

## CONSENT JUDGMENT

Now on this 22nd day of August, 2014, this cause comes on to be heard, the Plaintiff, SYLVIA MEADE, appearing by her attorneys, Jeffery H. Kearney and Jack R. Kearney, and the remaining Separate Defendant, Michael Wolfe, appearing by his attorney, Ryan A. Minney, all having indicated their approval of this Consent Judgment by their respective signatures affixed hereto, that from the stipulations of fact and pleadings contained in this file, and other matters before the Court, from which the Court doth find:

1. That this matter was filed of record on the 16th day of August, 2012, and Separate Defendant Michael Wolfe has been duly served with summons herein in accordance with Federal Law and Rules of Civil Procedure. The remaining named Defendants have been dismissed from this action;

2. That all parties stipulate, and Separate Defendant Michael Wolfe consents that those factual allegations made against Wolfe in his individual capacity only, as stated in Plaintiff's *Complaint for Violation Of 42 U.S.C.A. § 1983, Sexual Assault, Battery, False Imprisonment, Harassment, Defamation and Negligence* are founded and supported by true

evidence, and those damages for which Plaintiff seeks relief in said *Complaint* did result from such conduct of Defendant Wolfe, as alleged by Plaintiff;

3. That judgment should be rendered against the said Defendant, Michael Wolfe, and in favor of the Plaintiff, Sylvia Meade, and for Plaintiff's costs herein expended;

4. That the Defendant should be indebted to the Plaintiff in the sum of EXACTLY TWENTY-FIVE THOUSAND AND 0/100 DOLLARS ($25,000.00) plus costs of this action of FOUR HUNDRED FIFTY AND 00/100 DOLLARS ($450.00), said costs include filing fee and service costs;

5. That this Judgment is in full satisfaction and discharge of all claims, demands and causes of action that the Plaintiff, Sylvia Meade, has or may have against Defendant Michael Wolfe, to the date hereof;

6. That the Defendant is hereby ordred to prepare a Schedule, verified by Affidavit, of all moneys, bank accounts, rights, credits, and chooses in action, held by the Defendant or others for the Defendant and specify the particular property which the Defendant claims as exempt under the provisions of the law. This Schedule shall be filed with the Clerk of this Court within sixty (60) days of the entry of this Judgment.

IT IS THEREFORE DECREED AND ORDERED BY THIS COURT that the Plaintiff have judgment against the Separate Defendant Michael Wolfe in the sum of TWENTY-FIVE THOUSAND AND 0/100 DOLLARS ($25,000.00), minus any payments made, plus Court costs of FOUR HUNDRED FIFTY AND 00/100 DOLLARS ($450.00), and attorney's fee in the amount of TEN THOUSAND AND 0/100 DOLLARS ($10,000.00), all of which shall bear post-judgment interest at the rate of ten percent (10%) per annum from judgment until satisfaction and all of which execution shall immediately issue and that the Defendant be, and hereby is, ordered

to prepare a schedule, verified by Affidavit, as aforesaid and to file same with the Clerk of the Court as aforesaid.

IT IS SO ORDERED.

_____
Honorable Susan Webber Wright
UNITED STATES DISTRICT JUDGE

_____
Ryan A. Minney
Separate Defendant's Attorney

_____
Jeffery H. Kearney
Plaintiff's Attorney

_____
Jack R. Kearney
Plaintiff's Attorney